```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14586
    CAROLYN SPENCER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-8817


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/13/2007 and was not confirmed.

     The case was dismissed without confirmation 12/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV  CURRENT MORTG        .00           .00             .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE        .00           .00             .00
CAINE & WEINER            UNSECURED       NOT FILED          .00             .00
CAPITAL ONE               UNSECURED         1857.11          .00             .00
CORTRUST BANK             UNSECURED          246.39          .00             .00
CREDIT PROTECTION         UNSECURED       NOT FILED          .00             .00
FIRST PREIMER BANK        UNSECURED       NOT FILED          .00             .00
FIRST PREIMER BANK        UNSECURED       NOT FILED          .00             .00
EMERGE MASTERCARD         UNSECURED          878.93          .00             .00
AT&T WIRELESS             UNSECURED         1677.06          .00             .00
BANK OF MARIN             UNSECURED          822.18          .00             .00
WEST ASSET MANAGEMENT     UNSECURED       NOT FILED          .00             .00
ASPIRE                    UNSECURED          307.64          .00             .00
ASPIRE                    UNSECURED             .00          .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,331.50                       549.90
TOM VAUGHN                TRUSTEE                                           37.60
DEBTOR REFUND             REFUND                                           235.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    822.50

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   549.90
TRUSTEE COMPENSATION                              37.60
DEBTOR REFUND                                    235.00
                         ---------------    ---------------
TOTALS                     822.50                822.50
```

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14586 CAROLYN SPENCER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 14586 CAROLYN SPENCER